FHON KHUNAPRAPAKOR

Plaintiff(s)

Index #: 08 CV 01467 (RJS)

- against -

Date Filed:

FORSTER & GARBUS AND ANGELA DAVIS

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 21, 2008 at 11:03 AM at

500 BI-COUNTY BLVD SUITE 300
FARMINGDALE, NY 11735

deponent served the within true copy of the SUMMONS & COMPLAINT on FORSTER & GARBUS, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH MR. MARK GARBUS, ESQ., BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 55 | 5'10 | 190 |

**MAILING**  Deponent enclosed a true copy of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

500 BI-COUNTY BLVD. SUITE 300
FARMINGDALE, NY 11735

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on February 22, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Sworn to me on: February 22, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**BRUCE KUSTKA**

Docket #: 542269