FHON KHUNAPRAPAKOR

Plaintiff(s)

Index #: 08 CV 01467 (RJS)

- against -

Date Filed:

FORSTER & GARBUS AND ANGELA DAVIS

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 21, 2008 at 11:03 AM at

C/O FORSTER & GARBUS
500 BI-COUNTY BLVD SUITE 300
FARMINGDALE, NY 11735

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on ANGELA DAVIS, the defendant/respondent therein named,

**SUITABLE AGE**  by delivering thereat a true copy/copies of each to MR. MARK GARBUS, ESQ. a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. He identified himself as the CO-WORKER of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 55 | 5'10 | 190 |

**MAILING**  Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

C/O FORSTER & GARBUS
500 BI-COUNTY BLVD SUITE 300
FARMINGDALE, NY 11735

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on February 22, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**  Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: February 22, 2008

Robin M. Forman

| Linda Forman | Robin M. Forman | Larry Yee | **BRUCE KUSTKA** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | Docket #: 542268 |