UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**Local 215, et al**

                    **Plaintiff,**

-v-

**Paul J. Cooper Center for Human Services Incorporated,**

                    **Defendant.**

Case No. 07-CV-010487(RJS)
ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED, that the date for the Initial/ Pre-motion conference previously scheduled by this court for April 3, 2008 is changed to April 1, 2008 at 4:30pm.

    There will be no further changes to this schedule absent extreme circumstances.

ORDERED.
DATED:
New York, New York March 26, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE